■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC DELTS, Appellant. [876 NYS2d 869]—Judgment, Supreme Court, Bronx County (John Carter, J.), rendered on or about March 19, 2007, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Gonzalez, P.J., Tom, Sweeny, Buckley and Acosta, JJ.

■ RICHARD K. LANGLOIS, Respondent, v FLAME CUTSTEEL PRODUCTS, CO., INC., Appellant, et al., Defendants. [876 NYS2d 869]—Order, Supreme Court, Bronx County (Dominic R. Massaro, J.), entered June 27, 2008, which, in an action for personal injuries when an 800-pound steel plate that plaintiff was unloading from a truck fell and struck his leg, denied the motion by defendant Flame Cutsteel Products, Co. for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

Flame, whose employees loaded the steel plate onto the truck, had a duty to load it safely (*cf. Moncion v Infra-Metals Corp., Div. of Preussag Intl. Co.*, 20 AD3d 310, 311-312 [2005]), and clear issues of fact exist as to whether they did. We have considered and rejected defendant-appellant's other arguments. Concur—Gonzalez, P.J., Tom, Sweeny, Buckley and Acosta, JJ.